174 So. 802

### Willie McDUFFIE v. STATE.

### 4 Div. 951.

Supreme Court of Alabama.

April 15, 1937.

Rehearing Denied June 17, 1937.

Jas. A. Mulkey, of Geneva, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

FOSTER, Justice.

Petition of William McDuffie for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in McDuffie v. State, 27 Ala.App. 403, 174 So. 801.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.